# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| LUTHER BERNARD PARKS, | * | |
| --- | --- | --- |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-38 |
| | * | |
| v. | * | |
| | * | |
| J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 16, 2016, Report and Recommendation, dkt. no. 5, to which Petitioner Luther Parks ("Parks") has filed Objections, dkt. no. 6. In his Objections, Parks asserts that he does not object to the Magistrate Judge's legal conclusions and agrees that he has a remedy available to him pursuant to 28 U.S.C. § 2255(h).

After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **SUSTAINS** Parks' Objections, which indicate he has no opposition to the Magistrate Judge's Report and Recommendation. Consequently, the Court **DISMISSES** Parks' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241.

Additionally, the Court **DENIES** Parks leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA